|  | AUSA: | Susan E. Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Ian Kerr | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.

DW Scott Peterson

Case:2:17-mj-30299
Judge: Unassigned,
Filed: 06-15-2017 At 09:48 AM
CMP: USA v PETERSON (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 2017 through May 2017_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2118 | Robbery Involving Controlled Substances |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Ian Kerr, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:     JUN 1 5 2017      

_____
Judge's signature

City and state:   Detroit, MI                

Elizabeth Stafford, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

I, Ian M. Kerr, being duly sworn, depose and state as follows:

1.     I have been employed as a Special Agent with the FBI since January 2016, and am currently assigned to the FBI Detroit Division's Violent Crime Task Force. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.     The statements contained in this Affidavit are based on my experience and background as a special agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel.

3.     I have not set forth every fact resulting from the investigation; rather, I have set forth a summary of the investigation to date in order to establish that DW **PETERSON**, date of birth 08/21/XXXX, has been in violation of Title 18, U.S.C. §2118 (Robbery Involving Controlled Substances).

## Probable Cause

4.     On 2/17/17, members of the Dearborn Police Department responded to 5711 Schaefer in the City of Dearborn (Trudell Pharmacy) on the report of a breaking and entering (B&E) that occurred overnight in which numerous prescription medications were taken. Employees recalled seeing two (2) suspicious black males inside the business the day prior to the B&E who were acting suspicious. Both subjects walked into the store and did not make a purchase, nor

did they conduct any business. Based upon Affiant's training and experience, this type of activity is common of subjects who are conducting surveillance on a location that they later intend to rob. CCTV was subsequently recovered and reviewed. One of the subjects was a thin black male with dreadlocks, wearing a black over gray North Face fleece jacket.



The two subjects (later believed to be identified as Kenyatta MICKEL and DW **PETERSON**) left in an early 2000's gold Buick Century with distinctive chrome rims.



Officers located what they believed is the same gold Buick Century, that was driven to the Trudell Pharmacy by MICKEL, at 18694 Alcoy St, Detroit, bearing

Michigan Plate DMW7519.  Investigation into the vehicle revealed that a Kenyatta Roshawn Mickel (B/M DOB: 7/25/XXXX) was arrested in 2015 while driving the same gold Buick Century. He was arrested for driving with a suspended license. Affiant obtained a Michigan Driver's License Photograph of MICKEL and compared it to the subject inside the Trudell Pharmacy the day prior to the B&E. After viewing the photographs side by side, it is Affiant's belief that the subject captured on the CCTV footage with the dreadlocks is MICKEL.

5.      On 2/24/17, members of the Dearborn Police Department responded to the report of a B&E that occurred at 10633 Warren Avenue (Dearborn Rx Pharmacy) in the City of Dearborn. Numerous prescription medications were taken. During the course of their investigation, officers were able to review CCTV footage and identified the suspect vehicle as a black Toyota Camry, bearing MI Plate #DLW6050.

6.      A search into the license plate revealed it was registered to EAN Holdings LLC (Enterprise Car Rental). Dearborn officers were able to identify the subject who rented the vehicle as a QUANTRELL MONTEZ MICKEL (B/M DOB: XX/XX/1971) whose registered address is 6310 Holcomb St in the City of Detroit (according to Michigan Secretary of State). Also registered at this address is KENYATTA ROSHAWN MICKEL (B/M DOB: 07/25/XXXX). It was also determined that this rental vehicle was returned in on 2/25/17 (the day following

the B&E) by Quantrell Mickel, who then subsequently rented a white 2016 Hyundai Sonata (FL Plate #173HXR).

7.      On 3/7/17, Dearborn Police Officers responded to a report of a B&E that occurred at Warrenfield Pharmacy at 14716 Warren Ave, City of Dearborn, County of Wayne, State of Michigan.   The surveillance video footage revealed that a white 4-door sedan was observed at the scene and used by the suspects in the crime.  The white sedan matched that of a white Hyundai Sonata 4-door rented by MICKEL.  Based on the information that MICKEL rented the black Toyota Camry and the white Hyundai Sonata; which match the two vehicles used during both B&E's respectively; it is believed that MICKEL and/or known associates of MICKEL were responsible for the crimes. Dearborn Special Operations obtained a warrant and placed a GPS tacking device on the Hyundai Sonata.

8.      On 3/13/17, Livonia Police stopped the 2016 Hyundai Sonata (FL Plate #173HXR) for a traffic violation. The vehicle was being driven by Kenyatta MICKEL. MICKEL was placed under arrest for driving with a suspended license. Also inside the vehicle with MICKEL was Andrew Jason Betty (B/M DOB: XX/XX/1986) and DW Scott **PETERSON** (B/M DOB: 08/21/XXXX).  The vehicle was subsequently impounded. An inventory search was conducted, consistent with Livonia Police Policy. During the impound inventory search, officers located two (2) crowbars inside the vehicle: one (1)  blue and yellow

crowbar and one (1) black crowbar. Based upon Affiant's training and experience, these items are common tools used to force entry into closed businesses.

9.     In the middle of March of 2017, members of the Dearborn Police Department Special Operations Unit observed Kenyatta MICKEL driving a 2017 Chevrolet Malibu (TN Plate #2C00T7) which is registered to PV Holdings (Avis/Budget Rental).  A warrant was obtained and a GPS tracker was installed on the Malibu vehicle by members of the Dearborn Special Operations Unit.

10.    On 3/30/17, members of the Southgate Police Department responded to a B&E of a pharmacy at Oakwood Hospital Corp Building located at 15777 Northline, Southgate, MI. The Chevrolet Malibu (TN Plate #2C00T7) was the vehicle used during the commission of this crime. The vehicle was located and pursued by Lincoln Park Police. After a short while, the pursuit was terminated. Michigan State Police located the vehicle a short time later at 18409 Justine, in the City of Detroit. Michigan State Troopers observed multiple suspects flee from the scene on foot; one was described as having dreadlocks similar to those worn by MICKEL. Michigan State Troopers were able to apprehend Durrell CROOM (who is a known associate of Kenyatta MICKEL).

11.    On 4/26/17 two pharmacy B&E's occurred;  one at Walgreens on 8706 Telegraph, Dearborn Heights, MI and one at Walgreens on 22380 Morross, Detroit, MI. During the review of the surveillance footage from the incident at

8706 Telegraph, Dearborn Heights, MI, one of the subjects was wearing a black over gray North Face jacket. Another subject is seen carrying a yellow crow bar similar to the ones taken from MICKEL'S vehicle in Livonia during the traffic stop on 3/13/17. The GPS data from the tracker on MICKEL'S gold Buick (MI Plate #DMW7519) showed the vehicle next to both pharmacy's during the times that the B&E's occurred.



12.    On 5/1/17, a B&E of a pharmacy occurred at 20715 Kelly Road, Eastpointe, MI. The GPS data from the tracker on MICKEL'S gold Buick (MI Plate #DMW7519) showed the vehicle's location next to the pharmacy during the

date/time of the B&E. A review of the CCTV footage showed one of the subjects wearing a black over gray North Face fleece jacket.



13.    On 5/15/17, members of the Dearborn Police Special Operations Unit conducted surveillance on MICKEL'S Gold Buick Century (MI Plate #DMW7519). During the course of the surveillance, officers observed Kenyatta MICKEL wearing a black over gray North Face Fleece jacket, the same jacket

worn in the previous B&E's.  During the course of the surveillance they also observed MICKEL and other unknown subjects attempt to break into the Tel-Craft Pharmacy located at 14110 Telegraph, Detroit, MI and Family Food Pharmacy located at 8665 Rosa Parks, Detroit, MI.

14.    On June 14, 2017, a federal search warrant was executed at 18694 Alcoy (Kenyatta MICKEL's home). During the search numerous unopened bottles of pharmaceuticals, over $6,000 in cash, and a bag containing crowbars and bolt cutters was taken from the home of MICKEL.

15.    A federal search warrant was also executed at 8371 House (DW **PETERSON** and Durrell CROOM's home). In **PETERSON**'s room twelve pharmaceutical bottles were found in a suitcase. Also located in the same bedroom was a large plaid bag, similar to the ones used in multiple pharmacy B&E's, with two pharmaceutical pill bottles. There were also numerous documents with **PETERSON**'s name located in the room. In CROOM's room agents located a Glock 23 pistol fully loaded.

16.    An interview was conducted with CROOM following the search warrant. CROOM admitted to participating in at least one pharmacy B&E. He stated that he was having a hard time and asked **PETERSON** to help him make some money. CROOM stated that he, **PETERSON**, and MICKEL broke into a pharmacy in Southgate and stole numerous pharmaceuticals.

17.    Based on the information provided above, there is probable cause to believe

that DW Scott **PETERSON** is in violation of Title 18, U.S.C. §2118, Robbery

Involving Controlled Substances.

Ian M. Kerr
Special Agent, FBI

Sworn to before me and signed in my
presence and/or by reliable electronic means
on June ___/5___, 2017.

Honorable Elizabeth Stafford
United States Magistrate Judge